UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                             JS6

| Case No. | ED CV 17-0872-TJH(DTBx) | Date | MARCH 8, 2018 |
|---|---|---|---|

Title   MONA CASTILLE v. CITIBANK, N. A. ET AL.,

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS - DISMISSAL OF ACTION FOR LACK OF PROSECUTION

Plaintiff filed a Complaint with the Court on May 4, 2017. On February 6, 2018, the Court issued an Order to Show Cause Re: Dismissal for lack of prosecution.

The Court's Order specifically warned Plaintiff that failure to respond would result in a dismissal of this action if good cause was not shown. Plaintiff was to respond to the Court's Order to Show Cause no later than March 6, 2018.

As of the date of this Order, Plaintiff has not responded to the Court's Order to Show Cause.

Accordingly, this action is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED.

cc: all parties